United States Bankruptcy Court
For the Eastern District of Pennsylvania

In re:                                          Chapter 13
CLIFTON A  JORDAN

Debtor(s)                                  Bankruptcy No.  1111145

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, this       day of              , 201_ upon
consideration of the Motion to Dismiss filed by William C. Miller,
Standing Trustee, this case is dismissed, and it is further ORDERED,
that  LAWRENCE S. RUBIN ESQUIRE               counsel for the debtor,
shall file a master mailing list with the clerk of the Bankruptcy
Court, currently updated (if such has not been previously filed);
and it is further

ORDERED, that any wage orders are hereby VACATED.

_____
Hon. Bruce I. Fox
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 40119
Philadelphia PA 19106-0119


Counsel for Debtor(s)

LAWRENCE S. RUBIN ESQUIRE
337 WEST STATE STREET

MEDIA  PA  19063


Debtor(s)

CLIFTON A  JORDAN

2924 WEST 3RD STREET
CHESTER  PA  19013